# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MEUNIER CARLIN & CURFMAN LLC, f/k/a, MCKEON MEUNIER CARLIN & CURFMAN LLC<br><br>    Plaintiff,<br><br>v.<br><br>SCIDERA, INC.,<br><br>    Defendant. | CIVIL ACTION FILE NO.:<br>1:15-cv-01665-RWS |

## PLAINTIFF'S PROPOSAL FOR PROCEDURE TO DETERMINE THE AMOUNT OF ATTORNEY'S FEES AWARD

Meunier, Carlin & Curfman, LLC ("Meunier"), pursuant to the Court's June 9, 2020 Order requesting the parties to suggest a procedure for the Court to determine the amount of fees to award to Plaintiff in this case [Doc. No. 175], and shows as follows:

1. At the jury trial in this case held January 7-9, 2019, the Jury found in favor of Meunier and decided that Defendant Scidera, Inc. acted in bad faith. *See* Verdict [Doc. No. 115]. An appeal ensued.

2. On May 6, 2020, the 11th Circuit issued an Opinion affirming judgment in full against Scidera and reversing the award of sanctions against

Plaintiff. The 11th Circuit remanded the case to the District Court "for factfinding on the attorney's fees owed to Meunier." 11th Circuit Opinion, p. 17.

3. On June 9, 2020, this Court entered an Order asking the parties to confer within 7 days in an effort to agree on the procedure for submitting to the Court on a procedure for the Court to determine Plaintiff's fees. *See* Doc. No. 175.

4. On June 12, 2020, counsel for Scidera and counsel for Meunier conferred by phone on this issue. Scidera's counsel stated that he had no proposal and needed additional time. The parties' counsel held another call on June 16. Scidera's counsel again had no proposal. Meunier has followed up by email with Scidera's counsel, but Scidera will not commit to any position regarding having the Court determine Meunier's fees.

5. Generally, a jury must determine the award and amount of fees under O.C.G.A. § 13-6-11, though the parties may waive the jury requirement and have the Court determine the amount of fees to be awarded. *See Krayev v. Johnson*, 327 Ga. App. 213, 222 (2014) (affirming award of fees by trial court where "the parties had agreed to have the trial court rather than the jury determine the amount of fees that would be awarded"). Plaintiff is willing to waive its right to have a jury determine the fee award and proposes having the Court determine this issue in one of the two following ways:

    a. Meunier would submit a motion with brief in support and supporting affidavits and documents. Scidera would file a responsive brief in due course, and Meunier would have the right to file a timely reply. The Court would determine the award of fees on the written pleadings.

    b. Alternatively, Meunier would consent to the Court holding a bench trial (by Zoom or in person) during which the parties would present their arguments and evidence.

6. Meunier wishes to have the fee issue determined as expeditiously and efficiently as possible so as to be respectful of the Court's time and resources and to prevent Scidera from divesting itself of its assets.[1]

WHEREFORE, Plaintiff respectfully requests that the Court determine the amount of fees to which Meunier is entitled either via briefing or a bench trial. However, if Scidera will not consent to waive the jury trial requirement, Meunier requests a jury trial on the issue of Meunier's fees at the Court's earliest convenience.

This 30th day of June 2020.

---

[1] Meunier has evidence of Scidera's actual intent to divest itself of its remaining assets and has moved for prejudgment attachment and to enjoin Scidera from divesting its assets in Fulton County Superior Case No. 2019-CV-326448. A hearing on Meunier's motion is set for July 8, 2020.



/s/ Adam S. Rubenfield
David J. Hungeling
Georgia State Bar No. 378417
Adam S. Rubenfield
Georgia State Bar No. 419033
Peachtree 25th, Suite 599
1718 Peachtree Street
Atlanta, Georgia 30309
TEL (404) 574-2466
FAX (404) 574-2467
david@hungelinglaw.com
adam@hungelinglaw.com
***Attorneys for Plaintiff***

- 5 -

## CERTIFICATE OF SERVICE AND TYPE

Pursuant to Local Rule 5.1, the undersigned counsel for Plaintiff hereby certifies that the foregoing has been prepared with a font size and point selection (Times New Roman, 14 pt.) which was approved by the Court, and that on the 30th day of June, 2020, the foregoing "**PLAINTIFF'S PROPOSAL FOR PROCEDURE TO DETERMINE THE AMOUNT OF ATTORNEY'S FEES AWARD**" was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

/s/: Adam S. Rubenfield
Adam S. Rubenfield
Georgia Bar No. 419033
*Counsel for Plaintiff*